Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Jeffrey W Little                **Case Number:** 0101 1:14-CR-10015-001-MLW

**Name of Sentencing Judicial Officer:** Honorable William K. Sessions III, U.S. District Judge (D/VT)

**Name of Assigned Judicial Officer:** Honorable Mark L. Wolf, Senior U.S. District Judge

**Date of Original Sentence:** March 21, 2011

**Original Offense:** Failure To Register As a Sex Offender, in violation of 18 U.S.C. 2250(a)

**Original Sentence:** 15 months of custody followed by lifetime supervised release.

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** December 30, 2011

---

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

On 5/29/24, Mr. Little tested positive for Marijuana. He admitted to the use of Marijuana.

On 10/23/24 and 12/4/24, Mr. Little tested positive for Cocaine. He admitted to the use of Cocaine.

Evidence to support this violation include lab reports and this officer's testimony.

U.S. Probation Officer Action:

On 11/2/24, Mr. Little attempted suicide by intravenous Cocaine use. Mr. Little admitted to the substance use. He was encountered by his home health care nurse and transported to Salem Hospital for further evaluation. After assessment, Mr. Little was not deemed in need of psychiatric hospitalization and released from Salem Hospital. He is now stable and has returned back to his normal lifestyle residing in a men's sober home in Lynn, MA.

Mr. Little will be commencing Intensive Outpatient Programming at Salem Hospital. He has an intake appointment scheduled for 12/17/24 at 7:30 a.m. to finalize his enrollment into the program. In response to the above noted positive drug screens, Probation Office has placed Mr. Little on urine surveillance. In light of Mr. Little's willingness to engage in treatment, the Probation Office is not requesting any judicial intervention at this time. If Mr. Little continues to use illicit substances, the Probation Office may revisit this position. If Your Honor concurs with this course of action, please indicate so in the appropriate space below.

Prob 12A                                          -2-                         Report on Offender Under Supervision

Reviewed/Approved by:                                                Respectfully submitted,

*/s/ Thomas C. Mullen, III*                                          */s/Domenica Soto*
Thomas C. Mullen, III                                            by  Domenica   Soto
Supervisory U.S. Probation Officer                                   U.S. Probation Officer
(978) 687-3976                                                       (857) 283-5953
                                                                     Date:  12/12/2024

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ]   Approved
[  ]   Submit a Request for Modifying the Conditions or Term of Supervision
[  ]   Submit a Request for Warrant or Summons
[  ]   Other


_____
Honorable Mark L. Wolf,
Senior U.S. District Judge


_____
Date